IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-1715-GPG

**LLOYD L. HERRERA;** Inmate No. A 0264488,

    Plaintiff,

v.

**HEALTH CORRECT CARE SOLUTION**;
**DOCTOR WRIGHT**; and
**NURSE STACY TUCKER**, H.C.C.S.,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.  *See* D.C.COLO.LCivR 40.1(a).  Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate**  judge.

DATED August 12, 2015, at Denver, Colorado.

                                BY THE COURT:

                                S/ Gordon P. Gallagher

                                Gordon P. Gallagher
                                United States Magistrate Judge